# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN LAMAR BROWN,

    Petitioner,

vs.

ATTORNEY GENERAL FOR THE STATE OF NEVADA AND ISIDRO BACA, *et al.*,

    Respondents.

Case No. 2:02-cv-00770-GMN-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. On November 16, 2015, respondents filed an answer addressing the remaining exhausted grounds of the petition. (ECF No. 85). Respondents filed a motion for leave to file excess pages of the answer. (ECF No. 86). Good cause appearing, respondents' motion for leave to file excess pages is granted.

    Petitioner has filed an unopposed motion for a second extension of time in which to file a reply to the answer. (ECF No. 89). Petitioner seeks an extension of time, up to and including June 7, 2016, to file a reply to the answer. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion to file excess pages of the answer (ECF No. 86) is **GRANTED.**

1  **IT IS FURTHER ORDERED** that petitioner's unopposed motion for a second extension of time to file a reply (ECF No. 89) is **GRANTED.** Petitioner's reply to the answer shall be filed on or before **June 7, 2016.**

Dated this   8   day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court