# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN LAMAR BROWN,<br><br>    Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL FOR THE STATE OF NEVADA AND ISIDRO BACA, *et al.*,<br><br>    Respondents. | Case No. 2:02-cv-00770-GMN-PAL<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for a third extension of time in which to file a reply to the answer. (ECF No. 91). Petitioner seeks an extension of time, up to and including June 30, 2016, to file a reply to the answer. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for a third extension of time to file a reply (ECF No. 91) is **GRANTED.** Petitioner's reply to the answer shall be filed on or before **June 30, 2016. No further extensions shall be granted absent extraordinary circumstances.**

Dated this __9__ day of June, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court